**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:06CCR594 |
| | ) | |
| Plaintiff | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Barak Watters | ) | |
| | ) | |
| Defendant | ) | |

A violation Report was filed in this case on August 27, 2013, and the Court referred this matter to Magistrate Judge Nancy Vecchiarelli to conduct appropriate proceedings and to file a Report and Recommendation. A Report and Recommendation was filed on September 23, 2013. See docket # 1563. Counsel for the government, Teresa Dirksen, the defendant and Attorney Darin Thompson of the Federal Defender's Officer appeared before this Court on October 2, 2013. The Court adopts the Report and Recommendation of the Magistrate Judge and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervised release is hereby revoked and defendant shall be committed to the custody of the Bureau of Prisons for a period of sixty (60) days, with credit for time already served in federal custody. Upon release from confinement the period of Supervised Release will terminate.

IT IS SO ORDERED.


 October 2, 2013                     *s/David D. Dowd, Jr.*
       Date                          DAVID D. DOWD, JR.
                                     U. S. DISTRICT JUDGE